UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                       :
MILAGROS SENIOR, ON BEHALF OF                          :
HERSELF AND ALL OTHER                                  :
PERSONS SIMILARLY SITUATED,                            :
                                                       :   No.: 1:25-cv-5352
                   Plaintiffs,                         :
                                                       :   **NOTICE OF VOLUNTARY**
          v.                                           :   **DISMISSAL**
                                                       :
JUST NATURAL PRODUCTS LLC,                             :
                                                       :
                   Defendant.                          :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice

and without fees and costs against Defendant, JUST NATURAL PRODUCTS LLC.


Dated:   New York, New York
         September 27, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge